*Richard W. Callahan,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided March 31, 2005

### GREG S. SCHUB *v.* DEPARTMENT OF SOCIAL SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 86 Conn. App. 748 (AC 25080), is denied.

*Greg S. Schub,* pro se, in support of the petition.

Decided March 31, 2005

### STATE OF CONNECTICUT *v.* GREGORY HERNANDEZ

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 464 (AC 23384), is denied.

*Louis S. Avitabile,* in support of the petition.

*Jessica Probolus,* special deputy assistant state's attorney, in opposition.

Decided March 31, 2005

### JOHN DOE *v.* JOHN M. CHRISTOFORO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 87 Conn. App. 359 (AC 23908), is granted, limited to the following issue: